1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   JOHN MAASEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-119 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN MAASEN, | DATE: September 24, 2019 |
| Defendant. | TIME 9:15 a.m. |
|  | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Amy Schuller Hitchcock, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for John Maasen, that the status conference scheduled for September 24, 2019 be vacated and be continued to December 10, 2019 at 9:15 a.m.

More time is needed because defense counsel requires additional time to prepare and investigate the allegations made in this case. Defense counsel has retained an expert to assist in this case, and this expert needs more time to review evidence and provide analysis to defense counsel. Furthermore, defense counsel also requires additional time to review the discovery produced and made available for inspection in this case, to pursue investigation and mitigation, and confer with her client, and otherwise prepare for trial.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise

Stipulation and [Proposed] Order
to Continue Status Conference                    -1-

| | |
|---|---|
| 1 | of due diligence. The government does not object to this continuance. |
| 2 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be |
| 3 | excluded from the date of the parties stipulation through and including December 10, 2019, |
| 4 | pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order |
| 5 | 479, Local Code T4 based upon continuity of counsel and defense preparation. |

DATED: September 19, 2019          Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Lexi P. Negin*
                                                          LEXI P. NEGIN
                                                          Assistant Federal Defender
                                                          Attorneys for JOHN MAASEN

DATED: September 19, 2019          MCGREGOR W. SCOTT
                                                          United States Attorney

                                                          */s/ Amy Schuller Hitchcock*
                                                          AMY SCHULLER HITCHCOCK
                                                          Assistant United States Attorney
                                                          Attorneys for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 10, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 24, 2019 status conference shall be continued until December 10, 2019, at 9:15 a.m.

Dated: September 19, 2019   /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge