| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | JOHN MAASEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-119 JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN MAASEN, | DATE: December 10, 2019 |
| Defendant. | TIME 9:15 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Shea Jon Kenny, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for John Maasen, that the status conference scheduled for December 10, 2019 be vacated and be continued to February 11, 2020 at 9:15 a.m.

Defense counsel requires additional time to prepare and investigate the allegations made in this case. Defense counsel has retained a computer expert to assist in this case. The expert has begun his review of the electronic devices relevant to this case. However, the expert needs more time to review evidence and provide analysis to defense counsel. Furthermore, the government has provided 511 pages of discovery, including investigatory reports, documents related to the defendant's criminal history, and search warrant photographs, as well as a recording of an interview with the defendant. The government has also made available for inspection the electronic devices relevant to this case. Defense counsel requires additional time

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

to review the discovery produced and made available for inspection in this case, to pursue investigation and mitigation, and confer with her client, and otherwise prepare for trial.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including February 11, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 3, 2019     Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

*/s/ Lexi P. Negin*  
LEXI P. NEGIN  
Assistant Federal Defender  
Attorneys for JOHN MAASEN

DATED: December 3, 2019     MCGREGOR W. SCOTT  
United States Attorney

*/s/ Shea Jon Kenny*  
SHEA JON KENNY  
Assistant United States Attorney  
Attorneys for Plaintiff

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order.  The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence.  The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including |
| 9 | February 11, 2020, shall be excluded from computation of time within which the trial of this case |
| 10 | must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) |
| 11 | and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  **It** |
| 12 | **is further ordered** the December 10, 2019 status conference shall be continued until February |
| 13 | 11, 2020, at 9:15 a.m. |
| 15 | DATED: December 3, 2019 |
| 16 | JOHN A. MENDEZ, |
| 17 | UNITED STATES DISTRICT JUDGE |