| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LEXI P. NEGIN, #250376<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant<br>JOHN MAASEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAASEN,<br><br>Defendant. | Case No. 2:19-cr-119 JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: February 11, 2020<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Shea Jon Kenny, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for John Maasen, that the status conference scheduled for February 11, 2020 be vacated and be continued to March 31, 2020 at 9:15 a.m.

Defense counsel is in the process of consulting with forensic and mental health experts in order to pursue and prepare potential defenses to the charged offense and to prepare for potential sentencing arguments. The experts require additional time to review evidence and provide analysis to defense counsel. Furthermore, the government has provided 511 pages of discovery, including investigatory reports, documents related to the defendant's criminal history, and search warrant photographs, as well as a recording of an interview with the defendant. The government has also made available for inspection the electronic devices relevant to this case.

Defense counsel requires additional time to review the discovery produced and made

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

available for inspection in this case, to pursue investigation and mitigation, to confer with her client, and to otherwise prepare for trial.

Further, defense counsel is set to begin a trial in *United Stated v. Carter*, 2:19-cr-00255-MCE, a separate matter scheduled to begin on February 4, 2020. In addition to preparing for the instant matter, defense counsel will require significant time to prepare and try this other matter as well.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including March 31, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 3, 2020            Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Lexi P. Negin*
                                   LEXI P. NEGIN
                                   Assistant Federal Defender
                                   Attorneys for JOHN MAASEN

DATED: February 3, 2020            MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Shea Jon Kenny*
                                   SHEA JON KENNY
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order.  The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence.  The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including March |
| 9 | 31, 2020, shall be excluded from computation of time within which the trial of this case must be |
| 10 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) |
| 11 | [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  **It is further** |
| 12 | **ordered** the February 11, 2020 status conference shall be continued until March 31, 2020, at |
| 13 | 9:15 a.m. |

Dated: February 4, 2020

/s/ John. A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge