HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
JOHN MAASEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-00119-JAM |
|---|---|
| Plaintiff, | ) **DEFENDANT'S CONSENT TO APPEAR** |
| | ) **VIA VIDEO-TELECONFERENCE** |
| vs. | ) |
| JOHN MAASEN, | ) Date: September 29, 2020 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

Under CARES Act § 15002(b), defendant consents to proceed with this hearing by video-teleconference. Defendant agrees that this sentencing cannot be further delayed without serious harm to the interests of justice. Defendant also understands that, under Federal Rules of Criminal Procedure 32 and 43, as well as the Constitution, he may have the right to be physically present at this hearing. Defendant understands that right and voluntarily agrees to waive it and to proceed remotely. Counsel joins in this consent, agreement, and waiver.

The parties request that the Court find that for reasons specific to this case, sentencing cannot be further delayed without serious harm to the interests of justice. Specifically: the defendant is in custody pending trial, and wishes to proceed with the sentencing as to resolve this

Defendant's Consent to Appear via Video-Teleconference         -1-         *United States v. Maasen*, 2:18-cr-255-WBS

matter and move to BOP custody as quickly as possible. As a result, the Court will proceed, with defendant's consent, by video-teleconference

Pursuant to Gen. Order 616, counsel for Ms. Maasen signs this waiver on his behalf.

Dated: September 29, 2020

          */s/ John Maasen*
          JOHN MAASEN

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated:  September 29, 2020

          */s/ Lexi Negin*
          LEXI NEGIN
          Assistant Federal Defender
          Attorney for Defendant
          JOHN MAASEN

IT IS SO ORDERED.

DATED: September 29, 2020        /s/ John A. Mendez
                                                    HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE