McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
AMY S. HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAASEN,<br><br>Defendant. | CASE NO.  2:19-CR-00119-JAM<br><br>UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this unopposed motion and proposed order to dismiss the pending Indictment against defendant John Maasen in the above-captioned matter.

Maasen was indicted on July 18, 2019 on one count of receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2).  ECF 1 ("Indictment").

On June 2, 2020, the parties entered a plea agreement.  ECF 28 ("Plea Agreement").  Pursuant to the plea agreement, Maasen agreed to plead guilty to a Superseding Information charging one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4).  Plea Agreement at Section II.A. Maasen agreed to waive indictment with respect to the charge in the Superseding Information.  Pursuant to the plea agreement, the government agreed to dismiss without prejudice the counts in the pending indictment.  Plea Agreement at Section III.A.  The government further agreed not to reinstate any dismissed count except if the plea agreement is voided.  Plea Agreement at Section III.A.

1   On June 2, 2020, Maasen was charged by Superseding Information with one count of possession

2   of child pornography in violation of 18 U.S.C. § 2252(a)(4).  ECF 24.

3   On June 9, 2020, Maasen was arraigned on the Superseding Information, waived indictment, and

4   entered a guilty plea to the sole count in the Superseding Information.  ECF 29.

5   The judgment and sentencing in this matter was held on September 29, 2020.  Maasen was

6   sentenced to 120 months imprisonment.

7   Pursuant to the plea agreement, the government hereby moves to dismiss the Indictment.

8

9   Dated:  September 29, 2020                              MCGREGOR W. SCOTT
                                                            United States Attorney
10

11                                           By:   /s/ SHEA J. KENNY
                                                   SHEA J. KENNY
12                                                 Assistant United States Attorney

13

14                              **FINDINGS AND ORDER**

15   For the reasons set forth in the United States' Unopposed Motion to Dismiss Indictment, the

16   United States' motion is GRANTED this 7th day of October, 2020.  The pending Indictment against

17   John Maasen in case number 2:19-CR-00119 JAM is dismissed without prejudice.

18

19

20   DATED: October 7, 2020                     /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
21                                              UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

MOTION TO DISMISS
UNITED STATES v. JOHN MAASEN, 2:19-CR-00119 JAM